ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 09 4069 MHP |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| CARLS CHEVROLET INC., a California corporation | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Case Management Conference in this case set for December 21, 2009 be continued to February 22, 2010 at 4:00 p.m. in Courtroom 15, 18th Floor, Golden Gate Avenue, San Francisco, CA.

Dated:__12/11/2009_____        _____

Honorable Marilyn H. Patel

IT IS SO ORDERED

Judge Marilyn H. Patel

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE